IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

UNITED STATES OF AMERICA )
)
v. ) Docket No. 1:04CR10-007(S)
)
MARCIA THURMAN )

## ORDER

This matter is before the Court on a petition alleging that the defendant violated the conditions of her probation as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 10, 2005.

Based on the defendant's admission of guilt to the violations as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of her probation.

IT IS HEREBY ORDERED that the defendant's term of probation be continued with the following modifications:

> The defendant shall reside at a Bureau of Prisons Community Service Center for a period of 180 days and shall remain there, except for activities approved in advance by the probation officer and service center staff. The defendant will contribute toward the cost of subsistence, based on a percentage of her gross employment income. While at the center, the defendant shall comply with all rules and regulations of the center and comply with the instructions of center staff.

> The defendant is remanded to the custody of the United States Marshal until such time as a bed is made available for the defendant at the community service center. The United States Marshal shall transport the defendant to the community service center at such time as a bed is available for the defendant.

FILED 05 JUN -3 AM 10:
OFFICE OF CLERK
U.S. DISTRICT COURT
NORTHERN DIST. FL
GAINESVILLE

The defendant shall have no contact with convicted felons whatsoever.

The defendant shall perform 50 hours of community service work upon release from confinement.

All other terms and conditions shall remain in full force and effect.

DONE AND ORDERED this ___3RD___ day of June, 2005.

*[signature]*
STEPHAN P. MICKLE
U.S. DISTRICT JUDGE

___June 3, 2005___
DATE