IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | Docket No. 1:04CR10-007 | |
| ) | | |
| **MARCIA THURMAN** ) | | |

# O R D E R

The Court orders the United States Marshal's Office to transport and deliver Defendant, Marcia Thurman, to Keeton Corrections, 3820 N.E. 41st Street, Ocala, Florida 34479, on June 20, 2005, by noon.

**DONE and ORDERED** this   13th   day of   June   2005.


*s/ Stephan P. Mickle*
HONORABLE STEPHAN P. MICKLE
U.S. DISTRICT JUDGE