## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                              **CASE NO.: 1:04-CR-010-SPM**

**MARCIA THURMAN, et al.,**

      **Defendants.**

_____/

### ORDER CONTINUING VIOLATION HEARING

      **THIS CAUSE** comes before the Court upon "Motion to Continue Disposition Hearing" (doc. 549) filed June 1, 2007, in which defense counsel requests a 30-day continuance of the violation of supervised release hearing in order to meet with the Probation Office and Defendant.  For good cause shown, it is

      **ORDERED AND ADJUDGED** as follows:

      1.      Defendant's Motion to Continue (doc. 549) is hereby *granted*.

      2.      The hearing is reset for ***Monday, July 2 2007*** at ***1:30pm*** at the United States Courthouse in Gainesville, Florida.

      **DONE AND ORDERED** this <u>first</u> day of June, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge