## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                          CASE NO.: 1:04-CR-010-SPM

MARCIA THURMAN, et al.,

      Defendants.

_____/

## ORDER CONTINUING VIOLATION HEARING

**THIS CAUSE** comes before the Court upon the Defendant's "Motion to Continue Revocation Hearing" (doc. 559) filed July 2, 2007, in which defense counsel requests a 30-day continuance of the Disposition of Revocation of Supervised Release.  This Motion to Continue is unopposed.

For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Continue (doc. 559) is hereby *granted*.

2.     The hearing is reset for ***Monday, August 6, 2007*** at ***1:30pm*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>second</u> day of July, 2007.


      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge