**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO.: 1:04-CR-010-SPM

MARCIA THURMAN, et al.,

    Defendants.
_____/

## ORDER RESCHEDULING HEARING

This cause comes before the Court on its own motion. It has come to the attention of the Court that there is a pending hearing for a violation of Defendant's probation. An initial appearance on this new violation has been scheduled for August 13, 2007. Therefore, this Court will reschedule the Defendant's August 6, 2007 hearing so that the hearing on both violations can be consolidated into one hearing. Accordingly, it is ordered and adjudged that Defendant's hearing is rescheduled for **Monday, August 27, 2007 at 1:30 p.m.**

**DONE AND ORDERED** this thirty-first day of July, 2007.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge