**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               CASE NO.: 1:04-CR-010-SPM

MARCIA THURMAN,

        Defendants.

_____/

## ORDER SETTING VOLUNTARY SURRENDER DATE

On September 11, 2007, this Court held a revocation hearing to determine whether Defendant Thurman had violated her probation by being charged with a law violation for a violent altercation with a friend.  At this hearing, the Court found her guilty of violating her probation. However, the Court reserved ruling on the sentence to be imposed.   Also at this hearing, it was brought to the Court's attention that the Defendant was pregnant and was due to give birth on November 6, 2007.

On October 11, the Defendant appeared before this Court to receive her sentence.  On that date, this Court sentenced her to six months imprisonment, and set a date for the Defendant to voluntary surrender on November 20.  On October 29, in response to a letter from the Defendant and her family social worker, this Court held a status conference and heard testimony from workers of the Healthy Families program at Shands hospital regarding their recommendation for the Defendant's voluntary surrender.  These two women

1

offered testimony about the benefits of breast-feeding for children and about the recommended time of bonding between mother and child.  They also testified about the Defendant's past breast-feeding practice with her other three children.  At this hearing, the Defendant requested a voluntary surrender date of May 1, 2008, in order to provide ample time for bonding and breast-feeding.  The Defendant testified that the three children that she has given birth to, were breast fed for a period of five to seven months.  The Court considered all the testimony offered at this hearing and has now made a decision regarding the date for voluntary surrender.

The Court recognizes the importance of ensuring that the Defendant fully recovers from childbirth.  The Court also understands the value of breast-feeding to newborns, especially if the mother does not believe in immunizations, as is the case here.  The Court also has an interest in ensuring the health and welfare of the Defendant's new child.  However, the Court is also aware of the seriousness of the Defendant's current probation violation and the Defendant's history of anger management issues.  The Court is also aware of the difficulty that the Probation Office has had with the Defendant's responsiveness to their supervision.  Furthermore, a delayed commencement of the sentence will weaken the connection between the wrongdoing and the punishment.  It will also likely diminish the punitive aspect of the sentence.

Therefore, after careful consideration, the Court has decided to allow the Defendant seven weeks to breast feed and bond with her newborn baby after childbirth.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Defendant is  ordered to surrender to the United States Marshal in Gainesville, Florida at **12:00 o'clock noon on Thursday, December 27, 2007.**  In the event a place of confinement is designated by the United States Bureau of Prisons prior to the date scheduled for surrender to the United States Marshal, the Defendant may voluntarily surrender at her own expense at the institution designated no later than **12:00 o'clock noon on Thursday, December 27, 2007.**

2.     The Defendant's failure to abide by any of the conditions of release or failure to surrender to the Untied States Marshal or the institution, if designated, at the date set, will constitute a violation of the conditions of release, subject the bond to forfeiture, and subject the Defendant to prosecution for violation of Title 18, United States Code, Sections 3146 (failure to appear), 3147 (offense committed while on release), and 3148 (sanctions for violation of release conditions).  The bond is continued until the executed return of judgment is filed with the court, at which time the bond is exonerated.

**DONE AND ORDERED** this fifth day of November, 2007.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge