**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                    CASE NO.: 1:04-CR-010-SPM

MARCIA THURMAN,

       Defendant.

_____/

## ORDER EXTENDING DATE FOR SELF-SURRENDER

       Upon consideration, Defendant's "Motion to Delay Voluntary Surrender" (doc. 595) is hereby granted. Defendant shall have up to and including 12 o'clock Noon on **Wednesday, January 30, 2008** to self-surrender to the United States Marshal's office in Gainesville, Florida or to the institution designated by the Bureau of Prisons.

       SO ORDERED this 20th day of December, 2007.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge