IN THE UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  1:04CR10-007 |
| | ) | |
| MARCIA THURMAN | ) | |

# O R D E R

This matter is before the Court on a petition alleging that Defendant violated the conditions of her supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on December 31, 2008.

Today, Defendant pled guilty to the violations as outlined in the petition.  The Court hereby finds that Defendant violated the terms and conditions of her supervised release.

**IT IS HEREBY ORDERED** that Defendant Thurman be continued on supervision under the same terms and conditions previously imposed.

DONE AND ORDERED this <u>second</u> day of March, 2009.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge

Date        March 17, 2009